

# NESENOFF & MILTENBERG, LLP
ATTORNEYS AT LAW
363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

ALAN M. SHECTMAN
SHARI S. LASKOWITZ

MEGAN S. GODDARD
KIMBERLY C. LAU
MARCO A. SANTORI

OF COUNSEL
PHILIP A. BYLER
BARBARA H. TRAPASSO
ROBERT D. WERTH

PARALEGAL
ALLISON A. DUGGAN
TANYA C. SIMMONS
ROSA L. ZAPATA

April 8, 2013

**VIA ELECTRONIC FILING**
Honorable Jed S. Rakoff
United States District Court Judge
Southern District Court of New York
500 Pearl Street, Room 14B
New York, New York 10007

Re: **Barnes, et al. v. Aurelius, et.al**
**Southern District Court of New York; Docket No. 12-cv-8179**

Your Honor:

The undersigned represents defendants Seven Aurelius and The Aurelius Group, Inc. ("Defendants") in the above-referenced action. Together with this letter, we have electronically filed a Notice of Appearance.

The ECF docket indicates that Defendants have until April 16, 2013 to Answer or otherwise respond to the Complaint. The docket also indicates a pending motion for a preliminary injunction. Finally, the docket indicates that Plaintiffs were given leave to make substituted service on Defendants by various means.

Whether or not Plaintiffs actually did complete substituted service, Defendants have not actually received a copy of the Summons and Complaint in this action. In any event, now that we have been retained, we request a short extension of the April 16, 2013 deadline, until April 30, 2013, to review this file and respond appropriately.

As to the pending motion for a preliminary injunction, we believe that the parties will be able to meet and confer, and submit a proposed briefing schedule to the Court.

If you have any questions, please do not hesitate to contact this office.

SO ORDERED
/s/ JSR
USDJ
4-10-13

Very truly yours,
NESENOFF & MILTENBERG, LLP

By: _____
Marco A. Santori, Esq.